UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| GLENN WHITING | ) | |
| | ) | Consolidated Cases: |
| Plaintiff - Appellant, | ) | No. 24-5818 |
| | ) | No. 24-5819 |
| v. | ) | No. 25-5424 |
| | ) | |
| CITY OF ATHENS, TN, *et al.* | ) | On Appeal from the U.S. |
| | ) | District Court for the Eastern |
| | ) | District of Tennessee |
| | ) | Case No. 3:23-cv-00002 |
| Defendants - Appellees. | ) | Case No. 3:23-cv-00220 |
| | ) | Case No. 3:23-cv-00221 |

---

**ACCOUNTING OF ATTORNEY FEES AND COSTS OF
APPELLEES/DEFENDANTS CITY OF ATHENS, BRANDON
AINSWORTH, SETH WALKER, ROD WALKER, DEB CARDIN,
THOMAS GARLAND, TY GABLE, MIKE KEITH AND STEVE SHERLIN**

---

Dan R. Pilkington, BPR No. 24660
Brian R. Bibb, BPR No. 031024
Watson, Roach, Batson & Lauderback, P.L.C.
1500 Riverview Tower
900 South Gay Street
Post Office Box 131
Knoxville, Tennessee 37901-0131
(865) 637-1700
dpilkington@watsonroach.com
bbibb@watsonroach.com

The Appellees/Defendants City of Athens, Tennessee, Brandon Ainsworth, Rod Walker, Seth Walker, Ty Gable, Deb Cardin, Officer Tom Garland, Mike Keith and Steve Sherlin (hereinafter "these Defendants") hereby appear, by and through counsel, and present the following Accounting of Attorney Fees and Costs pursuant to this Court's March 13, 2026 Opinion and Judgment.

In its Opinion and Judgment, this Court awarded these Defendants their reasonable attorney fees expended on appeal in addition to double the costs incurred under 28 U.S.C. § 1920. The Court instructed these Defendants to file an accounting of their costs and attorneys' fees on appeal, with supporting documentation, no later than March 20, 2026. These Defendants now submit the following accounting in compliance with that instruction. These Defendants have incurred no costs in the defense of these three appeals recoverable under 28 U.S.C. § 1920, and therefore do not seek any award of costs.

These Defendants have incurred attorneys' fees reasonably necessary to defend these three appeals. Attached to this Accounting is the Declaration of attorney Brian R. Bibb establishing the amount of hours necessarily and reasonably expended in the defense of these appeals and further establishing that the total amount of fees sought, and the underlying hourly rate, are reasonable and consistent with the fees charged by attorneys of similar background and experience in the same practice area and geographic region. Also attached are the contemporaneously

2

maintained time records of the undersigned counsel supporting the request for an award of attorney fees. The fees sought for each of these appeals are as follows:

**Case No. 24-5818**

| Dan R. Pilkington | $2,542.79 | $240.45 per hour x 10.50 hours |
|---|---|---|
| Brian R. Bibb | $4,664.80 | $240.45 per hour x 19.40 hours |
| **Total:** | **$7,189.59** | |

**Case No. 24-5819**

| Dan R. Pilkington | $2,524.79 | $240.45 per hour x 10.50 hours |
|---|---|---|
| Brian R. Bibb | $4,664.80 | $240.45 per hour x 19.40 hours |
| **Total:** | **$7,189.59** | |

**Case No. 25-5424**

| Dan R. Pilkington | $4,063.67 | $240.45 per hour x 16.90 hours |
|---|---|---|
| Brian R. Bibb | $6,863.82 | $240.45 per hour x 28.50 hours |
| Elise DeNicola | $1,008.42 | $205.80 per hour x 4.90 hours |
| **Total:** | **$11,935.91** | |

Consistent with this Court's March 13, 2026 Opinion and Judgment, these Defendants should be awarded their reasonable attorney fees and costs incurred in the defense of these three appeals as set out above.

Respectfully submitted this 20th day of March 2026.

**CITY OF ATHENS, BRANDON AINSWORTH, ROD WALKER, SETH WALKER, DEB CARDIN, OFFICER TOM GARLAND, MIKE KEITH AND STEVE SHERLIN**

By:  /s/*Brian R. Bibb*
Dan. R. Pilkington, BPR No. 024660
Brian R. Bibb, BPR No. 031024
WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.
1500 Riverview Tower
900 South Gay Street, P.O. Box 131
Knoxville, Tennessee 37901-0131
(865) 637-1700
**dpilkington@watsonroach.com**
**bbibb@watsonroach.com**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Russell Egli
The Egli Law Firm
141109 Lake Ridge Drive, FL3
Knoxville, Tennessee 37934
theeglilawfirm@gmail.com

P. Aaron Wells
Spears, Moore, Rebman and Williams, PC
601 Market Street, Ste. 400
Chattanooga, TN 37402
423-756-7000
awells@smrw.com

D. Mitchell Bryant
313 West Madison Ave.
Athens, Tennessee 37303
423-744-8730
info@dmitchellbryant.com

Van R. Irion
Law Office of Van R. Irion, PLLC
800 S. Gay St., Suite 700
Knoxville, TN 37929
van@irionlaw.com

This the 20th day of March 2026.

/s/*Brian R. Bibb*
Dan R. Pilkington, BPR No. 024660
Brian R. Bibb, BPR No. 031024