UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| GLENN WHITING | ) | |
| | ) | Consolidated Cases: |
| Plaintiff - Appellant, | ) | No. 24-5818 |
| | ) | No. 24-5819 |
| v. | ) | No. 25-5424 |
| | ) | |
| CITY OF ATHENS, TN, *et al.* | ) | On Appeal from the U.S. |
| | ) | District Court for the Eastern |
| | ) | District of Tennessee |
| | ) | Case No. 3:23-cv-00002 |
| Defendants - Appellees. | ) | Case No. 3:23-cv-00220 |
| | ) | Case No. 3:23-cv-00221 |

---

## DECLARATION OF BRIAN R. BIBB

---

| | |
|---|---|
| STATE OF TENNESSEE | ) |
| | ) |
| COUNTY OF KNOX | ) |

I, Brian R. Bibb, declare and state as follows:

1.     I am one of the attorneys for the Defendants City of Athens, Brandon Ainsworth, Deb Cardin, Thomas Garland, Rod Walker, Seth Walker, Ty Gable, Mike Keith and Steve Sherlin in the above-captioned cases and have represented them, together with my partner Dan R. Pilkington, since these case began in 2023. Both myself and Mr. Pilkington are members of the firm of Watson, Roach, Batson & Lauderback, P.L.C. and have held that position at all times relevant. Attorney Elise DeNicola is an associate attorney with our firm.

2. I am making this Declaration in support of the Appellees'/Defendants' Accounting of Attorney Fees and Costs in the above-captioned cases pursuant to this Court's March 13, 2026 Opinion and Judgment entered in Case Nos. 24-5818, 24-5819 and 25-5424 awarding these Appellants'/Defendants' attorney fees and costs.

3. During the time my firm has been working on these appeals, my firm has had a total of three attorneys involved – myself, Dan R. Pilkington and Elise DeNicola. Other support personnel have been involved; however, their fees are not being requested.

4. Dan R. Pilkington has been a duly licensed attorney since his licensure in the State of Tennessee in 2005. He has been representing municipalities, governmental entities and governmental entity employees for twenty years. He has been licensed and admitted to practice in the United States District Court for the Eastern District of Tennessee since 2006 and the United States Court of Appeals for the Sixth Circuit since 2008. He has been the lead attorney on numerous cases involving complex litigation representing local governments and local government employees. He has successfully represented litigants in this Court and at all levels of courts in Tennessee including the Tennessee Supreme Court.

5. I have been an attorney in my firm since 2012. I have been licensed to practice in Tennessee since 2012 and have been admitted to practice in the U.S. District Court for the Eastern District of Tennessee since 2013 and the United States Court of Appeals for the Sixth Circuit since 2013. I also specialize in the defense of municipalities, governmental entities, and governmental entity employees. I have handled multiple cases involving complex litigation in state and federal courts, and have successfully represented numerous clients in this Court, the Tennessee Court of Appeals and the Tennessee Supreme Court.

6. Elise DeNicola has been an associate attorney in my firm since her licensure in 2024. She is licensed to practice in the State of Tennessee, the United States District Court for the Eastern District of Tennessee and the United States Court of Appeals for the Sixth Circuit. She also specializes in the defense of local governments and governmental entity employees, and has successfully represented clients in state and federal court.

7. My firm uses Tabs 3 software to record time and expenses for billing. We have kept contemporaneous time and expense records throughout this litigation using this software. I have personally reviewed each time and expense record in this case, as I normally do with client billing. I have edited certain time records to remove attorney-client privileged time information, but have left the substance of the records intact. I have also exercised billing judgment, as I normally do in

reviewing client billing, by reducing time that appeared to me to be excessive or duplicative.

8.     The fees sought do not include the time and costs expended in preparing this Accounting of Attorney Fees and Costs.

9.     The fees charged in this case are based on the hourly rate of $240.45 for myself and for Mr. Pilkington and the hourly rate of $205.80 for Ms. DeNicola.

10.     Based upon my knowledge of the fees charged by attorneys in East Tennessee specializing in complex litigation with similar background and experience, I believe that the hourly rates for the attorneys in my firm and myself are reasonable for this case and significantly lower than rates approved for similarly experienced attorneys within this area. For example, in a recent fee award from the United States District Court for the Eastern District of Tennessee, the court recently approved rates of $500 per hour and $400 per hour to a prevailing plaintiff. *See B., a minor student, by & through his parents, M.B. & L.H. et al., Plaintiffs, v. GOVERNOR BILL LEE, in his official capacity as Governor of Tennessee, Defendant.*, No. 3-21-CV-00317-JRG-DCP, 2023 WL 6160615, at \*17 (E.D. Tenn. Sept. 21, 2023) (attorney rates of $400 and $500 per hour approved, modifying Report and Recommendation of Magistrate setting rates at $650 and $500 respectively).

11.     Exhibit 1 attached to this Declaration is a true and exact copy of the billing records for these matters produced by Tabs 3 software, as discussed above. This Declaration is being filed simultaneously in all three cases, and a separate invoice for each pending case is attached.

12.     Efforts have been made to avoid duplication of work and to equitably divide time between multiple appeals where the work performed by any individual attorney served the interests of the clients in more than one of the pending appeals. Case Nos. 24-5818 and Case Nos. 24-5819 were substantially similar and briefed on the same time frame and schedule. Attorney time on the attached invoices for these two matters was divided evenly between both cases as the time served the interests of the clients for both cases.

13.     The following is a breakdown of the fees incurred by each attorney for each case. The fee is calculated by multiplying the total number of hours by the hourly rate for each attorney.

**Case No. 24-5818**

| | | |
|---|---|---|
| Dan R. Pilkington | $2,542.79 | $240.45 per hour x 10.50 hours |
| Brian R. Bibb | $4,664.80 | $240.45 per hour x 19.40 hours |
| **Total:** | **$7,189.59** | |

**Case No. 24-5819**

| | | |
|---|---|---|
| Dan R. Pilkington | $2,524.79 | $240.45 per hour x 10.50 hours |

| | | |
|---|---|---|
| Brian R. Bibb | $4,664.80 | $240.45 per hour x 19.40 hours |
| **Total:** | **$7,189.59** | |

**Case No. 25-5424**

| | | |
|---|---|---|
| Dan R. Pilkington | $4,063.67 | $240.45 per hour x 16.90 hours |
| Brian R. Bibb | $6,863.82 | $240.45 per hour x 28.50 hours |
| Elise DeNicola | $1,008.42 | $205.80 per hour x 4.90 hours |
| **Total:** | **$11,935.91** | |

In my professional judgment, the amount of fees incurred is evenly attributable to the costs necessary to defend each of my individual clients. In my professional judgment, the attribution of the fees between my clients is reasonable and equitable, and the amount of the fee is reasonable both in the amount of hours necessarily expended and in the total amount of the fee sought.

14.    It is my opinion, based on fourteen years of practice representing governmental entities, that the hours and fees represented above and supported by Exhibit 1 are reasonable for an attorney in the same geographical area and the same or similar practice area for this case.

15. I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the facts set forth above are true and correct.

Brian R. Bibb

March 20, 2026

Date

# WATSON, ROACH, BATSON & LAUDERBACK PLC

*1500 Riverview Tower*
*900 South Gay Street*
*Knoxville, TN 37902*
865-637-1700

RE:   Glenn Whiting v. City of Athens, *et al.*
United States Court of Appeals for the Sixth Circuit, Case No. 25-5424

| Date | Attorney | Description | Rate | Hours | Fee |
|---|---|---|---|---|---|
| 4/30/2025 | BRB | Received/reviewed notice of appeal | 240.45 | 0.1 | 24.05 |
| 5/1/2025 | DRP | Receipt and review of Notice of Appeal | 240.45 | 0.1 | 24.05 |
| 5/2/2025 | BRB | Drafted several reports to clients and to client representatives. | 240.45 | 0.4 | 96.18 |
| 5/2/2025 | DRP | Correspondence with client representative. | 240.45 | 0.2 | 48.09 |
| 5/7/2025 | BRB | Received/reviewed pleadings filed with Court of Appeals. | 240.45 | 0.1 | 24.05 |
| 5/7/2025 | DRP | Receipt and review of letter from Sixth Circuit and Notice re: new appeal. | 240.45 | 0.1 | 24.05 |
| 5/9/2025 | BRB | Reviewed filings with Sixth Circuit; email from Russ Egli. | 240.45 | 0.2 | 48.09 |
| 5/9/2025 | DRP | Receipt and review of Plaintiff's Notice of Appearance, Statement of Parties and Issues, and Corporate Disclosure. | 240.45 | 0.2 | 48.09 |
| 5/12/2025 | BRB | Received/reviewed pleadings filed in Sixth Circuit appeal. | 240.45 | 0.2 | 48.09 |
| 5/15/2025 | BRB | Received/reviewed pleadings filed by Plaintiff. | 240.45 | 0.2 | 48.09 |
| 5/15/2025 | DRP | Receipt and review of Plaintiff/Appellant's Statement of Parties and Issues for Appeal | 240.45 | 0.3 | 72.14 |
| 5/19/2025 | DRP | Prepared and filed Notice of Appearance. | 240.45 | 0.2 | 48.09 |
| 5/20/2025 | BRB | Worked on appeal initiating documents for Sixth Circuit. | 240.45 | 0.3 | 72.14 |
| 5/26/2025 | BRB | Emails to/from client. | 240.45 | 0.2 | 48.09 |
| 6/3/2025 | BRB | Emails to/from client representative. | 240.45 | 0.2 | 48.09 |
| 6/5/2025 | DRP | Receipt and review of briefing letter. | 240.45 | 0.1 | 24.05 |
| 7/14/2025 | DRP | Receipt and review of Plaintiff's Appellate Brief. | 240.45 | 1.0 | 240.45 |
| 7/15/2025 | DRP | Receipt and review of revised/re-filed Brief of the Appellant. | 240.45 | 0.4 | 96.18 |
| 7/15/2025 | BRB | Received/initial review of appellate brief; received/reviewed notices and order from Sixth Circuit. | 240.45 | 0.7 | 168.32 |
| 7/16/2025 | BRB | Received/reviewed notice from court of appeals. | 240.45 | 0.1 | 24.05 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/17/2025 | BRB | Began work on appellate brief; reviewed Plaintiff's brief and cited authority. | 240.45 | 3.0 | 721.35 |
| 7/23/2025 | DRP | Receipt and review of corrected brief of the Appellant; receipt and review of briefing letter. | 240.45 | 0.5 | 120.23 |
| 7/23/2025 | BRB | Received/reviewed corrected brief and updated briefing letter from clerk. | 240.45 | 0.3 | 72.14 |
| 8/7/2025 | DRP | Correspondence with client. | 240.45 | 0.2 | 48.09 |
| 8/16/2025 | BRB | Worked on Sixth Circuit Brief. | 240.45 | 3.0 | 721.35 |
| 8/17/2025 | BRB | Continued drafting Sixth Circuit Brief. | 240.45 | 3.5 | 841.58 |
| 8/19/2025 | EMD | Reviewing citations in Plaintiff's appellate brief in preparation for response; Drafting memorandum on arguments raised in Plaintiff's brief; worked on Sixth Circuit Brief. | 205.8 | 4.9 | 1,008.42 |
| 8/19/2025 | DRP | Work on Appellate Brief; call from counsel for Co-Defendant. | 240.45 | 1.8 | 432.81 |
| 8/19/2025 | BRB | Worked on appellate brief. | 240.45 | 2.0 | 480.9 |
| 8/20/2025 | DRP | Work on Appellate Brief. | 240.45 | 2.0 | 480.9 |
| 8/20/2025 | BRB | Continued work on appellate brief. | 240.45 | 2.5 | 601.13 |
| 8/21/2025 | BRB | Continued drafting appellate brief. | 240.45 | 4.2 | 1,009.89 |
| 8/21/2025 | DRP | Work on Appellate Brief. | 240.45 | 2.2 | 528.99 |
| 8/22/2025 | BRB | Finished work on and filed appellate brief; received/reviewed brief of Sumner and Perkinson. | 240.45 | 3.5 | 841.58 |
| 8/22/2025 | DRP | Work on Appellate Brief; receipt and review of Brief of Perkinson and Sumner. | 240.45 | 3.0 | 721.35 |
| 8/25/2025 | BRB | Drafted numerous reports to all clients and to client representatives. | 240.45 | 0.5 | 120.23 |
| 8/28/2025 | DRP | Receipt and review of Order consolidating appeals. | 240.45 | 0.1 | 24.05 |
| 9/4/2025 | BRB | Received/reviewed motion filed by plaintiff. | 240.45 | 0.2 | 48.09 |
| 9/4/2025 | DRP | Receipt and review of Plaintiff's Motion for Extension of Time to File Sixth Circuit Brief. | 240.45 | 0.2 | 48.09 |
| 9/8/2025 | BRB | Received/reviewed Order from Court. | 240.45 | 0.2 | 48.09 |
| 9/10/2025 | BRB | Received/reviewed motion filed by plaintiff and attachments; call with counsel for Co-Defendant. | 240.45 | 0.5 | 120.23 |
| 9/11/2025 | BRB | Received/reviewed notices from court; received/reviewed motion filed by Plaintiff; reviewed response by Co-Defendant. | 240.45 | 0.3 | 72.14 |
| 9/15/2025 | DRP | Receipt and review of Plaintiff's Motion to Supplement Record on Appeal and for extension of time; receipt and review of Response filed by Co-Defendants. | 240.45 | 0.3 | 72.14 |
| 9/16/2025 | DRP | Receipt and review of Order denying Plaintiff's | 240.45 | 0.2 | 48.09 |

| | | | | | |
|---|---|---|---|---|---|
| | | motion for extension of time and motion to supplemental record; review of Court file. | | | |
| 9/16/2025 | BRB | Received/reviewed notices from court. | 240.45 | 0.2 | 48.09 |
| 9/17/2025 | BRB | Received/reviewed order from court. | 240.45 | 0.1 | 24.05 |
| 9/18/2025 | DRP | Receipt and review of Show Cause Order. | 240.45 | 0.3 | 72.14 |
| 9/18/2025 | BRB | Received/reviewed order from Sixth Circuit. | 240.45 | 0.3 | 72.14 |
| 9/23/2025 | BRB | Report to client representative. | 240.45 | 0.2 | 48.09 |
| 10/2/2025 | BRB | Received/reviewed Plaintiff's response to show cause order. | 240.45 | 0.3 | 72.14 |
| 10/6/2025 | BRB | Emails to/from counsel for Co-Defendant; worked on brief in response to show cause order. | 240.45 | 2.2 | 528.99 |
| 10/15/2025 | BRB | Email to counsel for Co-Defendants. | 240.45 | 0.1 | 24.05 |
| 10/15/2025 | DRP | Work on Response to Show Cause Order. | 240.45 | 1.0 | 240.45 |
| 10/16/2025 | BRB | Finalized and filed show cause response brief; call with counsel for Co-Defendants. | 240.45 | 0.5 | 120.23 |
| 10/16/2025 | DRP | Work on Response to Show Cause Order. | 240.45 | 0.8 | 192.36 |
| 10/21/2025 | BRB | Correspondence to client. | 240.45 | 0.2 | 48.09 |
| 10/28/2025 | DRP | Receipt and review of Plaintiff's Motion to Strike. | 240.45 | 0.5 | 120.23 |
| 10/28/2025 | BRB | Received/reviewed motion to strike; emails to/from Counsel for Co-Defendant. | 240.45 | 0.4 | 96.18 |
| 10/29/2025 | BRB | Email from counsel for Co-Defendant; reviewed order from court. | 240.45 | 0.2 | 48.09 |
| 10/29/2025 | DRP | Receipt and review of Order denying Motion to Strike. | 240.45 | 0.1 | 24.05 |
| 11/5/2025 | DRP | Receipt and review of Plaintiff's Objection to Order on Motion to Strike. | 240.45 | 0.2 | 48.09 |
| 11/5/2025 | BRB | Received/reviewed objection to order. | 240.45 | 0.3 | 72.14 |
| 11/6/2025 | DRP | Receipt and review of Order on Plaintiff's Motion to Reconsider. | 240.45 | 0.3 | 72.14 |
| 11/13/2025 | BRB | Received/reviewed order from court. | 240.45 | 0.1 | 24.05 |
| 11/20/2025 | DRP | Receipt and review of Plaintiff's Motion with Sixth Circuit seeking reconsideration. | 240.45 | 0.3 | 72.14 |
| 12/3/2025 | BRB | Email to counsel for Co-Defendants; emails to/from client representative. | 240.45 | 0.3 | 72.14 |
| 12/5/2025 | BRB | Call with client representative; reviewed documents provided by client representative. | 240.45 | 0.4 | 96.18 |
| 12/15/2025 | BRB | Received/reviewed order from court. | 240.45 | 0.1 | 24.05 |
| 12/15/2025 | DRP | Receipt and review of Order to unlock motion for reconsideration. | 240.45 | 0.1 | 24.05 |
| 3/13/2026 | BRB | Received/reviewed two opinions from Sixth Circuit; several emails to/from clients and | 240.45 | 0.4 | 96.18 |

| | | | | | |
|---|---|---|---|---|---|
| | | client representatives. (time split with 24-5818 and 24-5819) | | | |
| 3/16/2026 | DRP | Receipt and review of opinions (time split with 24-5818 and 24-5819). | 240.45 | 0.2 | 48.09 |

**Total: $11,935.91**

# WATSON, ROACH, BATSON & LAUDERBACK PLC

*1500 Riverview Tower*
*900 South Gay Street*
*Knoxville, TN 37902*
865-637-1700

RE: Glenn Whiting v. City of Athens, Mike Keith and Brandon Ainsworth
United States Court of Appeals for the Sixth Circuit, Case No. 24-5918

| Date | Attorney | Description | Rate | Hours | Fee |
|---|---|---|---|---|---|
| 10/10/2024 | DRP | Receipt and review of Notice of Appeal. | 240.45 | 0.1 | 24.05 |
| 10/15/2024 | DRP | Receipt and review of Notice of Appeal in Court of Appeals. | 240.45 | 0.1 | 24.05 |
| 10/16/2024 | DRP | Work on mediation statement; letters to clients and client representative. | 240.45 | 0.3 | 72.14 |
| 10/17/2024 | BRB | Drafted notice of appearance. | 240.45 | 0.1 | 24.05 |
| 10/17/2024 | DRP | Work on initial filings with Sixth Circuit; letter to client representative and clients re: mediation; work on mediation statement; emails with clients. | 240.45 | 0.9 | 216.41 |
| 10/18/2024 | DRP | Correspondence to clients re: mediation. | 240.45 | 0.1 | 24.05 |
| 10/20/2024 | DRP | Receipt and review of pleadings with Sixth Circuit. | 240.45 | 0.2 | 48.09 |
| 10/20/2024 | BRB | Received/reviewed multiple sixth circuit pleadings filed by plaintiff. | 240.45 | 0.2 | 48.09 |
| 10/21/2024 | DRP | Receipt and review of filings with Sixth Circuit. | 240.45 | 0.2 | 48.09 |
| 10/21/2024 | BRB | Continued review of multiple Sixth Circuit filings; work on responses to Sixth Circuit filings. | 240.45 | 0.3 | 72.14 |
| 10/26/2024 | BRB | Prepared first draft of responses to Motions to Appoint Special Master. | 240.45 | 1.0 | 240.45 |
| 10/28/2024 | DRP | Work on background mediation statement; work on Response to Motion to Appoint Special Master. | 240.45 | 0.8 | 192.36 |
| 10/28/2024 | BRB | Worked on response to motions filed in the Sixth Circuit; worked on mediation background statement. | 240.45 | 0.4 | 96.18 |
| 10/29/2024 | BRB | Finished work on and filed responses to Sixth Circuit pleadings. | 240.45 | 0.3 | 72.14 |
| 10/30/2024 | DRP | Work on Response to Motion to Appoint Special Master. | 240.45 | 0.7 | 168.32 |
| 10/30/2024 | BRB | Received/reviewed reply to response to Motion to Appoint Special Master. | 240.45 | 0.2 | 48.09 |
| 10/31/2024 | DRP | Receipt and review of Plaintiff's Reply in Support of Motion to Approve Special Master. | 240.45 | 0.2 | 48.09 |
| 11/7/2024 | DRP | Receipt and review of correspondence from Sixth | 240.45 | 0.3 | 72.14 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Circuit mediator and notice re: mediation; letters to clients and client representatives. | | | |
| 11/8/2024 | DRP | Correspondence from Sixth Circuit mediator; correspondence to clients. | 240.45 | 0.2 | 48.09 |
| 11/22/2024 | BRB | Drafted report to client. | 240.45 | 0.2 | 48.09 |
| 2/19/2025 | BRB | Received/reviewed opinion and ruling letter from Sixth Circuit. | 240.45 | 0.2 | 48.09 |
| 2/19/2025 | DRP | Receipt and review of Order from Court of Appeals. | 240.45 | 0.2 | 48.09 |
| 2/25/2025 | BRB | Drafted reports to clients and client representatives. | 240.45 | 0.2 | 48.09 |
| 2/28/2025 | DRP | Email from mediator and motion from the Sixth Circuit regarding mediation. | 240.45 | 0.1 | 24.05 |
| 2/28/2025 | BRB | Emails to/from Sixth Circuit mediator; | 240.45 | 0.2 | 48.09 |
| | BRB | Received/reviewed order from court. | 240.45 | 0.2 | 48.09 |
| 3/4/2025 | BRB | Received/reviewed motion to reconsider filed by Plaintiff. | 240.45 | 0.2 | 48.09 |
| 3/5/2025 | DRP | Receipt and review of Plaintiff's Motion to Reconsider with Sixth Circuit; receipt and review of Court's notice locking said motion for errors. | 240.45 | 0.2 | 48.09 |
| 3/5/2025 | BRB | Received/reviewed notice from court | 240.45 | 0.1 | 24.05 |
| 3/25/2025 | BRB | Received/reviewed briefing schedule from Court of Appeals and briefing Order. | 240.45 | 0.2 | 48.09 |
| 3/28/2025 | BRB | Drafted reports to clients and client representatives. | 240.45 | 0.2 | 48.09 |
| 5/5/2025 | BRB | Received/reviewed multiple filings from Plaintiff in Sixth Circuit and began work on responses. | 240.45 | 0.3 | 72.14 |
| 5/5/2025 | DRP | Receipt and review of Motion to Stay Appeal. | 240.45 | 0.1 | 24.05 |
| 5/6/2025 | BRB | Received/reviewed rulings and notices from clerk | 240.45 | 0.1 | 24.05 |
| 5/7/2025 | DRP | Receipt and review of Motion to hold briefing in abeyance. | 240.45 | 0.2 | 48.09 |
| 5/13/2025 | BRB | Worked on response to motion to hold briefing in abeyance. | 240.45 | 1.2 | 288.54 |
| 5/16/2025 | DRP | Work on response to Plaintiff's motion to hold briefing in abeyance. | 240.45 | 0.2 | 48.09 |
| 5/19/2025 | DRP | Revised and filed response to motion to hold briefing in abeyance. | 240.45 | 0.2 | 48.09 |
| 5/19/2025 | BRB | Finished work on response to motion to hold briefing in abeyance. | 240.45 | 0.3 | 72.14 |
| 6/1/2025 | BRB | Worked on appellate briefs. | 240.45 | 1.5 | 360.68 |
| 6/2/2025 | BRB | Continued work on appellate briefs. | 240.45 | 1.0 | 240.45 |
| 6/3/2025 | BRB | Call with Sixth Circuit Case manager; received reviewed orders from Sixth Circuit; worked on appellate brief. | 240.45 | 1.5 | 360.68 |
| 6/3/2025 | DRP | Receipt and review of Order denying Plaintiff's | 240.45 | 0.1 | 24.05 |

| | | Motion to Stay with Sixth Circuit and briefing letter. | | | |
|---|---|---|---|---|---|
| 7/15/2025 | DRP | Receipt and review of brief of appellant | 240.45 | 0.4 | 96.18 |
| 7/15/2025 | BRB | Received/initial review of appellate brief. | 240.45 | 0.5 | 120.23 |
| 8/9/2025 | BRB | Worked on principal brief of appellees. | 240.45 | 4.0 | 961.8 |
| 8/11/2025 | DRP | Work on Appellate Brief. | 240.45 | 1.5 | 360.68 |
| 8/12/2025 | DRP | Work on Appellate Brief. | 240.45 | 1.2 | 288.54 |
| 8/13/2025 | BRB | Finished work on and submitted appellate brief | 240.45 | 2.5 | 601.13 |
| 8/13/2025 | DRP | Work on Brief of the Appellee. | 240.45 | 1.0 | 240.45 |
| 8/18/2025 | BRB | Drafted reports to clients and client representatives. | 240.45 | 0.2 | 48.09 |
| 9/13/2025 | BRB | Received/reviewed reply brief filed by plaintiff | 240.45 | 0.5 | 120.23 |
| 9/15/2025 | BRB | Received/reviewed notices from court of appeals. | 240.45 | 0.2 | 48.09 |
| 9/16/2025 | DRP | Review of Appellee's Reply Brief. | 240.45 | 0.4 | 96.18 |
| 9/16/2025 | BRB | Reviewed resubmitted reply brief. | 240.45 | 0.3 | 72.14 |
| 9/17/2025 | DRP | Receipt and review of notice from Sixth Circuit and revised briefing letter. | 240.45 | 0.1 | 24.05 |
| 9/17/2025 | BRB | Received/reviewed notices from court | 240.45 | 0.1 | 24.05 |
| 10/1/2025 | BRB | Received/reviewed plaintiff's response to show cause order. | 240.45 | 0.4 | 96.18 |
| 10/1/2025 | DRP | Receipt and review of Order from Court of Appeals vacating prior Order and accepting Brief of Appellant. | 240.45 | 0.2 | 48.09 |
| 10/2/2025 | DRP | Receipt and review of Plaintiff's Response to Show Cause Order. | 240.45 | 0.1 | 24.05 |
| 10/21/2025 | BRB | Drafted update requested by client. | 240.45 | 0.2 | 48.09 |
| 3/13/2026 | BRB | Received/reviewed two opinions from Sixth Circuit; several emails to/from clients and client representatives. (time split with 25-5424). | 240.45 | 0.4 | 96.18 |
| 3/16/2026 | DRP | Receipt and review of opinions issued by Sixth Circuit (time split with 25-5424). | 240.45 | 0.2 | 48.09 |

**Total: $7,189.59**

# WATSON, ROACH, BATSON & LAUDERBACK PLC

*1500 Riverview Tower*
*900 South Gay Street*
*Knoxville, TN  37902*
865-637-1700

RE:  Glenn Whiting v. City of Athens and Steve Sherlin
United States Court of Appeals for the Sixth Circuit, Case No. 24-5919

| Date | Attorney | Description | Rate | Hours | Fee |
|---|---|---|---|---|---|
| 10/10/2024 | DRP | Receipt and review of Notice of Appeal. | 240.45 | 0.1 | 24.05 |
| 10/15/2024 | DRP | Receipt and review of Notice of Appeal in Court of Appeals. | 240.45 | 0.1 | 24.05 |
| 10/16/2024 | DRP | Work on mediation statement; letters to clients and client representative. | 240.45 | 0.3 | 72.14 |
| 10/17/2024 | BRB | Drafted notice of appearance. | 240.45 | 0.1 | 24.05 |
| 10/17/2024 | DRP | Work on initial filings with Sixth Circuit; letter to client representative and clients re: mediation; work on mediation statement; emails with clients. | 240.45 | 0.9 | 216.41 |
| 10/18/2024 | DRP | Correspondence to clients re: mediation. | 240.45 | 0.1 | 24.05 |
| 10/20/2024 | DRP | Receipt and review of pleadings with Sixth Circuit. | 240.45 | 0.2 | 48.09 |
| 10/20/2024 | BRB | Received/reviewed multiple sixth circuit pleadings filed by plaintiff. | 240.45 | 0.2 | 48.09 |
| 10/21/2024 | DRP | Receipt and review of filings with Sixth Circuit. | 240.45 | 0.2 | 48.09 |
| 10/21/2024 | BRB | Continued review of multiple Sixth Circuit filings; work on responses to Sixth Circuit filings. | 240.45 | 0.3 | 72.14 |
| 10/26/2024 | BRB | Prepared first draft of responses to Motions to Appoint Special Master. | 240.45 | 1.0 | 240.45 |
| 10/28/2024 | DRP | Work on background mediation statement; work on Response to Motion to Appoint Special Master. | 240.45 | 0.8 | 192.36 |
| 10/28/2024 | BRB | Worked on response to motions filed in the Sixth Circuit; worked on mediation background statement. | 240.45 | 0.4 | 96.18 |
| 10/29/2024 | BRB | Finished work on and filed responses to Sixth Circuit pleadings. | 240.45 | 0.3 | 72.14 |
| 10/30/2024 | DRP | Work on Response to Motion to Appoint Special Master. | 240.45 | 0.7 | 168.32 |
| 10/30/2024 | BRB | Received/reviewed reply to response to Motion to Appoint Special Master. | 240.45 | 0.2 | 48.09 |
| 10/31/2024 | DRP | Receipt and review of Plaintiff's Reply in Support of Motion to Approve Special Master. | 240.45 | 0.2 | 48.09 |
| 11/7/2024 | DRP | Receipt and review of correspondence from Sixth Circuit mediator and notice re: mediation; letters to | 240.45 | 0.3 | 72.14 |

| | | | | | |
|---|---|---|---|---|---|
| | | clients and client representatives. | | | |
| 11/8/2024 | DRP | Correspondence from Sixth Circuit mediator; correspondence to clients. | 240.45 | 0.2 | 48.09 |
| 11/22/2024 | BRB | Drafted report to client. | 240.45 | 0.2 | 48.09 |
| 2/19/2025 | BRB | Received/reviewed opinion and ruling letter from Sixth Circuit. | 240.45 | 0.2 | 48.09 |
| 2/19/2025 | DRP | Receipt and review of Order from Court of Appeals. | 240.45 | 0.2 | 48.09 |
| 2/25/2025 | BRB | Drafted reports to clients and client representatives. | 240.45 | 0.2 | 48.09 |
| 2/28/2025 | DRP | Email from mediator and motion from the Sixth Circuit regarding mediation. | 240.45 | 0.1 | 24.05 |
| 2/28/2025 | BRB | Emails to/from Sixth Circuit mediator; | 240.45 | 0.2 | 48.09 |
| | BRB | Received/reviewed order from court. | 240.45 | 0.2 | 48.09 |
| 3/4/2025 | BRB | Received/reviewed motion to reconsider filed by Plaintiff. | 240.45 | 0.2 | 48.09 |
| 3/5/2025 | DRP | Receipt and review of Plaintiff's Motion to Reconsider with Sixth Circuit; receipt and review of Court's notice locking said motion for errors. | 240.45 | 0.2 | 48.09 |
| 3/5/2025 | BRB | Received/reviewed notice from court | 240.45 | 0.1 | 24.05 |
| 3/25/2025 | BRB | Received/reviewed briefing schedule from Court of Appeals and briefing Order. | 240.45 | 0.2 | 48.09 |
| 3/28/2025 | BRB | Drafted reports to clients and client representatives. | 240.45 | 0.2 | 48.09 |
| 5/5/2025 | BRB | Received/reviewed multiple filings from Plaintiff in Sixth Circuit and began work on responses. | 240.45 | 0.3 | 72.14 |
| 5/5/2025 | DRP | Receipt and review of Motion to Stay Appeal. | 240.45 | 0.1 | 24.05 |
| 5/6/2025 | BRB | Received/reviewed rulings and notices from clerk | 240.45 | 0.1 | 24.05 |
| 5/7/2025 | DRP | Receipt and review of Motion to hold briefing in abeyance. | 240.45 | 0.2 | 48.09 |
| 5/13/2025 | BRB | Worked on response to motion to hold briefing in abeyance. | 240.45 | 1.2 | 288.54 |
| 5/16/2025 | DRP | Work on response to Plaintiff's motion to hold briefing in abeyance. | 240.45 | 0.2 | 48.09 |
| 5/19/2025 | DRP | Revised and filed response to motion to hold briefing in abeyance. | 240.45 | 0.2 | 48.09 |
| 5/19/2025 | BRB | Finished work on response to motion to hold briefing in abeyance. | 240.45 | 0.3 | 72.14 |
| 6/1/2025 | BRB | Worked on appellate briefs. | 240.45 | 1.5 | 360.68 |
| 6/2/2025 | BRB | Continued work on appellate briefs. | 240.45 | 1.0 | 240.45 |
| 6/3/2025 | BRB | Call with Sixth Circuit Case manager; received reviewed orders from Sixth Circuit; worked on appellate brief. | 240.45 | 1.5 | 360.68 |
| 6/3/2025 | DRP | Receipt and review of Order denying Plaintiff's Motion to Stay with Sixth Circuit and briefing letter. | 240.45 | 0.1 | 24.05 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/15/2025 | DRP | Receipt and review of brief of appellant | 240.45 | 0.4 | 96.18 |
| 7/15/2025 | BRB | Received/initial review of appellate brief. | 240.45 | 0.5 | 120.23 |
| 8/9/2025 | BRB | Worked on principal brief of appellees. | 240.45 | 4.0 | 961.8 |
| 8/11/2025 | DRP | Work on Appellate Brief. | 240.45 | 1.5 | 360.68 |
| 8/12/2025 | DRP | Work on Appellate Brief. | 240.45 | 1.2 | 288.54 |
| 8/13/2025 | BRB | Finished work on and submitted appellate brief | 240.45 | 2.5 | 601.13 |
| 8/13/2025 | DRP | Work on Brief of the Appellee. | 240.45 | 1.0 | 240.45 |
| 8/18/2025 | BRB | Drafted reports to clients and client representatives. | 240.45 | 0.2 | 48.09 |
| 9/13/2025 | BRB | Received/reviewed reply brief filed by plaintiff | 240.45 | 0.5 | 120.23 |
| 9/15/2025 | BRB | Received/reviewed notices from court of appeals. | 240.45 | 0.2 | 48.09 |
| 9/16/2025 | DRP | Review of Appellee's Reply Brief. | 240.45 | 0.4 | 96.18 |
| 9/16/2025 | BRB | Reviewed resubmitted reply brief. | 240.45 | 0.3 | 72.14 |
| 9/17/2025 | DRP | Receipt and review of notice from Sixth Circuit and revised briefing letter. | 240.45 | 0.1 | 24.05 |
| 9/17/2025 | BRB | Received/reviewed notices from court | 240.45 | 0.1 | 24.05 |
| 10/1/2025 | BRB | Received/reviewed plaintiff's response to show cause order. | 240.45 | 0.4 | 96.18 |
| 10/1/2025 | DRP | Receipt and review of Order from Court of Appeals vacating prior Order and accepting Brief of Appellant. | 240.45 | 0.2 | 48.09 |
| 10/2/2025 | DRP | Receipt and review of Plaintiff's Response to Show Cause Order. | 240.45 | 0.1 | 24.05 |
| 10/21/2025 | BRB | Drafted update requested by client. | 240.45 | 0.2 | 48.09 |
| 3/13/2026 | BRB | Received/reviewed two opinions from Sixth Circuit; several emails to/from clients and client representatives. (time split with 25-5424). | 240.45 | 0.4 | 96.18 |
| 3/16/2026 | DRP | Receipt and review of opinions issued by Sixth Circuit (time split with 25-5424). | 240.45 | 0.2 | 48.09 |

**Total: $7,189.59**