UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| GLENN WHITING | ) | |
| | ) | |
| Plaintiff - Appellant, | ) | No. 25-5424 |
| | ) | |
| v. | ) | On Appeal from U.S. District Court |
| | ) | District Court for the Eastern |
| CITY OF ATHENS, TN, *et al.* | ) | District Court of Tennessee |
| | ) | |
| Defendants-Appellees | ) | Case No. 3:23-cv-00002 |

---

## ACCOUNTING OF ATTORNEY FEES AND COSTS OF
## APPELLEES/DEFENDANTS SETH SUMNER AND BO PERKINSON

---

Respectfully submitted,

**SPEARS, MOORE, REBMAN & WILLIAMS, PC**
600 Market Street, Suite 400
Chattanooga, TN   37402
Telephone:   (423) 756-7000

By:   */s/ Philip Aaron Wells*
Philip Aaron Wells, BPR# 036248
*Attorneys for Defendants/Appellees,*
*Seth Sumner and Bo Perkinson*                 .

The Defendants/Appellees, Seth Sumner and Bo Perkinson, through counsel, submit the following Accounting of Attorney Fees and Costs pursuant to the Court's March 13, 2025, Opinion and Judgment (Doc. . In its Opinion and Judgment.

In its Opinion and Judgment, the Court awarded Sumner and Perkinson reasonable attorney fees expended on appeal in addition to double their costs incurred under 28 U.S.C. §1920 and instructed counsel to file an accounting of their costs and expenses no later than March 20, 2026. Consistent with the Court's Opinion and Judgment, undersigned counsel would show Sumner and Perkinson have incurred the following attorney fees in connection with the Plaintiff/Appellant's appeal, as more particularly described in the attached itemized time records and Declaration of Philip Aaron Wells:

Aaron Wells          $4,046.00     $170 per hour x 23.80 hours

Sumner and Perkinson would show further that they have incurred no costs recoverable under 28 U.S.C. §1920, and accordingly, do not seek any award of costs.

Sumner and Perkinson respectfully request that the Court enter and Order awarding them attorney fees as alleged herein.

SPEARS, MOORE, REBMAN & WILLIAMS PC
601 Market Street, Suite 400
Chattanooga, TN    37402
Telephone:   (423) 756-7000


By:    /s/ Philip Aaron Wells

   Philip Aaron Wells, BPR# 036248
   *Attorney for Defendants/Appellees,*
   *Seth Sumner and Bo Perkinson*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of March 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.

Spears, Moore, Rebman & Williams PC

By:  ___/s/ Philip Aaron Wells___

cc:  Russell Egli
The Egli Law Firm
141109 Lake Ridge Drive, FL3
Knoxville, TN 37934
Theeglilawfirm@gmail.com

D. Mitchell Bryant
313 West Madison Ave.
Athens, TN 37303
info@dmitchellbryant.com

Van R. Irion
Law Office of Van R. Irion, PLLC
800 S. Gay St., Suite 700
Knoxville, TN 37929
van@irionlaw.com
Brian R. Bibb
Dan R. Pilkington
Watson, Roach, Batson & Lauderback, P.L.C.
1500 Riverview Tower
900 South Gay Street, P.O. Box 131
Knoxville, TN 37901
bbibb@watsonroach.com
dpilkington@watsonroach.com