# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

GLENN WHITING )
)
    Plaintiff - Appellant, ) No. 25-5424
)
v. ) On Appeal from U.S. District Court
) District Court for the Eastern
CITY OF ATHENS, TN, *et al.* ) District of Tennessee
)
    Defendants-Appellees ) Case No. 3:23-cv-00002

---

## AFFIDAVIT OF PHILIP AARON WELLS

---

The affiant, Philip Aaron Wells, who first being duly sworn, deposes and says as follows:

1.    I represent and am counsel of record for C. Seth Sumner and Bo Perkinson, in their individual capacities, in the instant appeal.

2.    I make this Affidavit in support of the Accounting of Attorney Fees and Costs as directed by the Court in its March 13, 2026, Opinion and Judgment.

3.    I have been licensed to practice law in Tennessee since 2017. I am licensed in the United States District Court for the Eastern District of Tennessee and the United States Court of Appeals for the Sixth Circuit. During my practice, I have had significant experience representing municipalities, government entities and government employees in state and federal courts both as lead and co-counsel.

4. I have kept time and expense records throughout this appeal using Tabs 3 and ProLaw software[1].

5. I have personally reviewed each time and expense record in this case. I have edited certain time entries to remove privileged information, including attorney-client information, but have left the substance of the time entries intact. I also exercised billing judgment by reducing time entries that appeared to be excessive. The total amount sought in the Accounting of Attorney Fees and Costs equals the total time spent, multiplied by my hourly rate. The Accounting of Attorney Fees and Costs does not seek fees billed for non-attorney personnel.

6. The fees sought do not include the time and costs expended with preparing the contemporaneously filed Accounting of Attorney Fees and Costs.

7. The hourly fees charged in this case were as follows: Aaron Wells - $170.

8. Based upon my knowledge of the fees charged by attorneys in the Chattanooga area and broader East Tennessee in civil rights cases, I believe that my hourly rate is reasonable in this case and is actually much lower than rates approved

---

[1] Please note that as of January 1, 2026, my former firm, Robinson, Smith & Wells, PLLC, merged with Spears, Moore, Rebman & Williams PC. Thereby, time entries that precede January 1, 2026, were made while with Robinson, Smith & Wells, PLLC were recorded using Tabs 3 software, whereas entries after January 1, 2026, were made with Spears, Moore, Rebman & Williams PC with ProLaw software. However, all time entries were consolidated for the purpose of this Accounting of Attorney Fees and Costs on Spears, Moore, Rebman & Williams PC letterhead.

for similarly experienced attorneys within the United States District Court for the Eastern District of Tennessee.

9. The following is a breakdown of my fee for this appeal. The fee is calculated by multiplying the total number of hours by the hourly rate for each attorney.

Aaron Wells  $4,046.00  $170/hr x 23.80 hours

10. Based upon my experience and the needs of the case, the time spent on the case is reasonable. Notably, this case involved the review and response to various motions, in addition to principal briefing.

11. Based upon ¶9 and the itemization of fees attached hereto, counsel for Sumner and Perkinson request a total of $4,046.00 in attorney fees in this case.

12. It is my opinion, based upon my experience, knowledge of previous attorney's fee awards in the United States District Court for the Eastern District of Tennessee, and prevailing rates for attorneys in Chattanooga, Tennessee and East Tennessee, the hours and fees represented and supported by the attached affidavit and itemization are reasonable for an attorney in this area.

_____

Philip Aaron Wells

Sworn to and subscribed before me this 20ᵗʰ of March, 2026.



_____, Mason Spears
Notary Public

My Commission Expires: 11-27-2028

# Invoice

-------

**SPEARS, MOORE, REBMAN & WILLIAMS, PC**
601 MARKET STREET, SUITE 400
CHATTANOOGA, TENNESSEE 37402
(423) 756-7000

--------

===============================================================

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 04/30/2025 | PAW | Review Notice of Appeal (.1) | 0.10 | 17.00 |
| 05/09/2025 | PAW | Review plaintiff's Notice of Appearance, Statement of Issues, and Corporate Disclosure Form (.2) | 0.20 | 34.00 |
| 05/12/2025 | PAW | Review Notice from Court regarding deficiency with plaintiff's Statement of Issues (.1) | 0.10 | 17.00 |
| 05/19/2025 | PAW | Review Notice regarding co-defendant's appearance forms for Court of Appeals (.1) | 0.10 | 17.00 |
| 05/20/2025 | PAW | Review co-defendant's Appearance Form and Corporate Disclosure (.1); draft Notice of Appearance and Corporate Disclosure Forms (.3) | 0.40 | 68.00 |
| 05/21/2025 | PAW | File case opening forms (.1) | 0.10 | 17.00 |
| 06/05/2025 | PAW | Review briefing schedule (.1) | 0.10 | 17.00 |
| 07/15/2025 | PAW | Review plaintiff's Appellate Brief (40 pages) (.5); draft Appellee Brief (3.6) | 4.10 | 697.00 |
| 07/16/2025 | PAW | Email to claimperson regarding plaintiff's Appellate Brief (.1); review letter from 6th Circuit regarding Brief deficiencies (.1) | 0.20 | 34.00 |
| 07/17/2025 | PAW | Draft Appellate Brief (.5) | 0.50 | 85.00 |
| 07/18/2025 | PAW | Draft Appellee Brief (2.8) | 2.80 | 476.00 |
| 08/18/2025 | PAW | Draft Appellee Brief (1.2) | 1.20 | 204.00 |
| 08/19/2025 | PAW | Draft Appellee Brief (3.1); telephone call with counsel for co-defendant regarding same (.1) | 3.20 | 544.00 |
| 08/20/2025 | PAW | Draft Appellee Brief (2.2) | 2.20 | 374.00 |

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 08/21/2025 | PAW | Edit Appellee Brief regarding Addendum (.6) | 0.60 | 102.00 |
| 08/22/2025 | PAW | Edit Appellee Brief (2.6) | 2.60 | 442.00 |
| 08/29/2025 | PAW | Notice from Court regarding consolidation of cases on appeal (.1) | 0.10 | 17.00 |
| 09/04/2025 | PAW | Review plaintiff's Motion for Extension of Time to File Reply Brief (.1) | 0.10 | 17.00 |
| 09/08/2025 | PAW | Review Court Order on Plaintiff's Motion to Extend Time to File Reply Brief (.1) | 0.10 | 17.00 |
| 09/10/2025 | PAW | Review email from plaintiff regarding thumb drive he sent with Response to Motion for Summary Judgment (.1); review file to search for thumb drive (.2); voice mail to counsel for co-defendant regarding same (.1); telephone call with counsel for co-defendant (.2); email to plaintiff counsel regarding same (.1) | 0.70 | 119.00 |
| 09/11/2025 | PAW | Review plaintiff's Motion to Supplement Record (.1); review Notice from Court directing plaintiff to re-file motion (.1); draft Response to Motion (.4) | 0.60 | 102.00 |
| 09/15/2025 | PAW | Review email from plaintiff regarding link to items on thumb drive (.1) | 0.10 | 17.00 |
| 09/16/2025 | PAW | Review Order from Court regarding plaintiff's Motion for More Time to File Reply (.1) | 0.10 | 17.00 |
| 09/18/2025 | PAW | Review Show Cause Order from Court to plaintiff (.2); review email from plaintiff regarding Show Cause Order (.1) | 0.30 | 51.00 |
| 10/03/2025 | PAW | Review Plaintiff's Response to Show Cause Order (.2); draft update to claimperson (.2) | 0.40 | 68.00 |
| 10/06/2025 | PAW | Review and respond to email from co-defendant counsel (.1) | 0.10 | 17.00 |
| 10/15/2025 | PAW | Review Reply to Plaintiff's Response to Show Cause Order (.2); telephone call with co-defendant counsel (.2) | 0.40 | 68.00 |
| 10/28/2025 | PAW | Review plaintiff's Motion to Strike Response to Show Cause Order (.2) | 0.20 | 34.00 |
| 10/29/2025 | PAW | Review and respond to email from co-defendant counsel (.1); review Order on plaintiff's Motion to Strike (.1) | 0.20 | 34.00 |
| 11/05/2025 | PAW | Review Plaintiff's Objection to Court's Denial of Plaintiff's Motion to Strike (.2) | 0.20 | 34.00 |
| 11/06/2025 | PAW | Review Order from Court regarding Denying Objection to Reply to Show Cause Order (.1) | 0.10 | 17.00 |
| 11/10/2025 | PAW | Review email from co-defendant counsel regarding status of mediation between Whiting and City (.1) | 0.10 | 17.00 |
| 11/13/2025 | PAW | Review Notice from Court regarding plaintiff deficient filing (.1) | 0.10 | 17.00 |

| | | | HOURS | |
|---|---|---|---|---|
| 11/21/2025 | PAW | Review plaintiff's Motion to Unlock Motion for Reconsideration (.2) | 0.20 | 34.00 |
| 12/03/2025 | PAW | Review email from co-defendant counsel regarding response to plaintiff's latest motion (.1) | 0.10 | 17.00 |
| 12/15/2025 | PAW | Review Court Order on Plaintiff's Motion to Unlock Motion for Reconsideration (.1) | 0.10 | 17.00 |
| 03/13/2026 | PAW | Review 6th Circuit Order on Sanctions against Irion and Whiting and granting attorney fees for Sumner and Perkinson (.4); review 6th Circuit Opinion affirming attorneys fee award (.4); email to claimperson regarding entry of Opinions and Judgments (.1); email to client (.1) | 1.00 | 170.00 |
| | | FEE | 23.80 | 4,046.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| P. Aaron Wells | 23.80 | $170.00 | $4,046.00 |

TOTAL CURRENT WORK      4,046.00

BALANCE DUE      $4,046.00