**FILED**

Apr 3, 2026

KELLY L. STEPHENS, Clerk

**24-5918/5919**

GLENN WHITING,

      Plaintiff - Appellant,

      v.

CITY OF ATHENS, TENNESSEE (24-5918/5919); MIKE KEITH and BRANDON AINSWORTH (24-5918); STEVE SHERLIN (24-5919),

      Defendants - Appellees.

**25-5424**

GLENN WHITING,

      Plaintiff - Appellant,

VAN IRION,

      Appellant,

v.

CITY OF ATHENS, TENNESSEE; SETH SUMNER; BO PERKINSON; BRANDON AINSWORTH; JAMESON SLIGER; TY GABLE; ROD WALKER; SETH WALKER; DEB CARDIN; TYLER HICKS; OFFICER TOM GARLAND,

      Defendants - Appellees.

On Appeal from the United States District Court
for the Eastern District of Tennessee at Knoxville.

# ORDER

**THESE MATTERS** are before the court on appellees' motions for attorneys' fees and Van Irion's motion to strike the appendix.

On March 13, 2026, we ordered Van Irion and Russ Egli to "jointly and severally reimburse appellees in full for their reasonable attorneys' fees" and costs incurred on appeal. *Whiting v. City*

*of Athens*, Nos. 24-5918/5919/25-5424, 2026 WL 710568, at *8 (6th Cir. Mar. 13, 2026). On March 20, 2026, appellees filed their motions for costs and fees. The City of Athens, Brandon Ainsworth, Rod Walker, Seth Walker, Deb Cardin, Thomas Garland, Ty Gable, Mike Keith, and Steve Sherlin ask for $26,315.09. Bo Perkinson and Seth Sumner ask for $4,046.00.

Neither Irion nor Egli argue that these requests are unreasonable. And on our independent review of the motions, we find that the rates charged and hours spent were reasonable in light of the complexity of the litigation and the skill of the attorneys involved. *Compare* Motion for Attorneys' Fees by The City of Athens, et al. at 3, *and* Motion for Attorneys' Fees by Bo Perkinson and Seth Sumner at 2, *with S.B. ex rel. M.B. v. Lee*, No. 3:21-CV-00317-JRG-DCP, 2023 WL 6160615, at *12 (E.D. Tenn. Sept. 21, 2023) (finding claimed hourly rates of $500 and $400 reasonable because they were within the prevailing market rate in the Eastern District of Tennessee); *see also B & G Min., Inc. v. OWCP*, 522 F.3d 657, 663 (6th Cir. 2008) (describing the factors for assessing reasonableness of attorneys' fees). Finally, we see no reason to reduce the fees awarded based on Irion's purported inability to pay because he does not provide any basis for doing so beyond a conclusory statement that he cannot pay. We therefore grant the motions for attorneys' fees in full.

Meanwhile, Irion moves to strike the appendix to our sanctions opinion. We reject it for three reasons. *First*, any alleged error is harmless because striking the appendix would not change the substance of the opinion or the sanctions that we impose. *Cf., e.g.*, *Neder v. United States*, 527 U.S. 1, 15–16 (1999) (holding that reversal is inappropriate when correcting the asserted error would not change the outcome of the case). *Second*, contrary to Irion's contention, he was plainly on notice that all of his citations were in play. The show cause order said that it was listing "[a] sample of problematic citations" and asked Irion "to provide" copies "of each authority cited across

all of the briefs" that he "filed in the consolidated appeals." Order to Show Cause at 2, 5. *Third*, Irion's argument that he did not have a chance to respond to these allegations is frivolous as our show cause order afforded him that opportunity, which he explicitly said he "intend[ed] to ignore." Irion Show Cause Response at 5.

**NOW THEREFORE**, it is **ORDERED** that:

1. The motion to strike the appendix is **DENIED**.

2. The motions for attorneys' fees are **GRANTED**.

3. Van Irion and Russ Egli shall jointly and severally pay $26,315.09 to the City of Athens, Brandon Ainsworth, Rod Walker, Seth Walker, Deb Cardin, Thomas Garland, Ty Gable, Mike Keith, and Steve Sherlin, for which sum execution shall issue.

4. Van Irion and Russ Egli shall jointly and severally pay $4,046.00 to Bo Perkinson and Seth Sumner, for which sum execution shall issue.

5. Any pending motions or petitions not addressed herein will be resolved by separate order in the ordinary course.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk